Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

#### Chapter 13 Case # 14-13970

Re:  DANIEL L. SMITH  
2802 S. 59TH CT.  
CICERO, IL  60804

Atty:  MOSHIE SOLOMON  
LAW OFFICES OF MOSHIE SOLOMON, P.C.  
ONE UNIVERSITY PLAZA,  
SUITE 412  
HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $33,572.88**

### RECEIPTS AS OF 01/12/2017                                   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/26/2014 | $217.00 | 9720701685 | 04/22/2014 | $217.00 | 9727001172 |
| 05/28/2014 | $571.36 | 9721001164 | 06/30/2014 | $571.36 | 9727001224 |
| 07/31/2014 | $571.36 | 9722102667 | 09/03/2014 | $571.36 | 9033513716 |
| 10/06/2014 | $571.36 | 9033513914 | 11/03/2014 | $571.36 | 9033514068 |
| 12/01/2014 | $571.26 | 9033514233 | 01/05/2015 | $571.36 | 9033514483 |
| 01/30/2015 | $571.36 | 9500411539 | 03/02/2015 | $571.36 | 9558501708 |
| 03/31/2015 | $571.36 | 9033515110 | 05/01/2015 | $571.36 | 2094141000 - |
| 06/01/2015 | $571.36 | 2156551000 - | 06/30/2015 | $571.36 | 2230695000 - |
| 07/31/2015 | $571.36 | 2302854000 - | 08/31/2015 | $571.36 | 2369625000 - |
| 10/01/2015 | $571.36 | 2448127000 - | 11/02/2015 | $571.36 | 2516198000 - |
| 11/30/2015 | $571.36 | 2590508000 - | 12/31/2015 | $571.36 | 2662390000 - |
| 02/01/2016 | $571.36 | 2742330000 - | 02/29/2016 | $571.36 | 2814660000 - |
| 04/04/2016 | $571.36 | 2907337000 - | 05/02/2016 | $571.36 | 2972427000 - |
| 06/02/2016 | $571.36 | 3056111000 - | 07/01/2016 | $571.36 | 3128411000 - |
| 08/01/2016 | $571.36 | 3207480000 - | 09/01/2016 | $571.36 | 3282626000 - |
| 09/30/2016 | $571.36 | 3359771000 - | 11/01/2016 | $571.36 | 3443310000 - |
| 12/01/2016 | $571.36 | 3518789000 - | 12/30/2016 | $571.36 | 3590527000 - |

**Total Receipts: $18,717.42  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $18,717.42**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017                       (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALTAIR OH XIII LLC | | | | | | |
| | 11/13/2014 | $446.20 | 718,862 | 12/15/2014 | $76.81 | 721,142 |
| | 01/20/2015 | $77.37 | 723,221 | 02/17/2015 | $154.75 | 725,416 |
| | 04/20/2015 | $77.37 | 729,411 | 05/18/2015 | $77.38 | 731,351 |
| | 06/15/2015 | $77.37 | 733,456 | 07/20/2015 | $78.11 | 735,591 |
| | 08/10/2015 | $78.11 | 737,811 | 09/14/2015 | $78.10 | 739,643 |
| | 10/19/2015 | $78.10 | 741,864 | 11/16/2015 | $76.74 | 743,980 |
| | 12/17/2015 | $76.72 | 745,939 | 01/19/2016 | $76.71 | 748,021 |

**Chapter 13 Case # 14-13970**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/16/2016 | $76.73 | 750,084 | | 03/21/2016 | $76.73 | 752,056 |
| | 04/18/2016 | $76.72 | 754,131 | | 05/13/2016 | $76.73 | 756,158 |
| | 06/20/2016 | $76.72 | 758,039 | | 07/18/2016 | $76.72 | 760,143 |
| | 08/15/2016 | $76.73 | 762,049 | | 09/19/2016 | $76.73 | 764,032 |
| | 10/17/2016 | $76.72 | 765,998 | | 11/15/2016 | $81.19 | 767,930 |
| | 12/19/2016 | $76.39 | 769,868 | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 11/13/2014 | $489.78 | 718,874 | | 12/15/2014 | $84.33 | 721,150 |
| | 01/20/2015 | $84.91 | 723,230 | | 02/17/2015 | $169.87 | 725,427 |
| | 04/20/2015 | $84.93 | 729,424 | | 05/18/2015 | $84.94 | 731,362 |
| | 06/15/2015 | $84.93 | 733,466 | | 07/20/2015 | $85.73 | 735,601 |
| | 08/10/2015 | $85.74 | 737,820 | | 09/14/2015 | $85.74 | 739,654 |
| | 10/19/2015 | $85.73 | 741,873 | | 11/16/2015 | $84.18 | 743,989 |
| | 12/17/2015 | $84.26 | 745,948 | | 01/19/2016 | $84.21 | 748,029 |
| | 02/16/2016 | $84.23 | 750,092 | | 03/21/2016 | $84.22 | 752,063 |
| | 04/18/2016 | $84.22 | 754,139 | | 05/13/2016 | $84.22 | 756,165 |
| | 06/20/2016 | $84.22 | 758,046 | | 07/18/2016 | $84.21 | 760,148 |
| | 08/15/2016 | $84.23 | 762,056 | | 09/19/2016 | $84.22 | 8,000,158 |
| | 10/17/2016 | $84.22 | 8,000,175 | | 11/15/2016 | $89.12 | 8,000,187 |
| | 12/19/2016 | $83.85 | 8,000,203 | | | | |
| CAPITAL ONE NA | | | | | | | |
| | 11/13/2014 | $37.30 | 719,068 | | 12/15/2014 | $6.42 | 721,338 |
| | 01/20/2015 | $6.47 | 723,420 | | 02/17/2015 | $12.93 | 725,597 |
| | 04/20/2015 | $6.48 | 729,585 | | 05/18/2015 | $6.46 | 731,544 |
| | 06/15/2015 | $6.47 | 733,652 | | 07/20/2015 | $6.53 | 735,791 |
| | 08/10/2015 | $6.53 | 737,982 | | 09/14/2015 | $6.52 | 739,846 |
| | 10/19/2015 | $6.54 | 742,062 | | 11/16/2015 | $6.41 | 744,174 |
| | 12/17/2015 | $6.42 | 746,134 | | 01/19/2016 | $6.41 | 748,218 |
| | 02/16/2016 | $6.42 | 750,261 | | 03/21/2016 | $6.41 | 752,239 |
| | 04/18/2016 | $6.41 | 754,318 | | 05/13/2016 | $6.41 | 756,327 |
| | 06/20/2016 | $6.41 | 758,228 | | 07/18/2016 | $6.42 | 760,307 |
| | 08/15/2016 | $6.41 | 762,205 | | 09/19/2016 | $6.41 | 8,000,166 |
| | 10/17/2016 | $6.42 | 8,000,180 | | 11/15/2016 | $6.79 | 8,000,195 |
| | 12/19/2016 | $6.39 | 8,000,211 | | | | |
| CAVALRY SPV I, LLC | | | | | | | |
| | 11/13/2014 | $37.11 | 719,089 | | 12/15/2014 | $6.39 | 721,356 |
| | 01/20/2015 | $6.44 | 723,440 | | 02/17/2015 | $12.87 | 725,615 |
| | 04/20/2015 | $6.43 | 729,605 | | 05/18/2015 | $6.44 | 731,562 |
| | 06/15/2015 | $6.44 | 733,673 | | 07/20/2015 | $6.49 | 735,815 |
| | 08/10/2015 | $6.50 | 738,000 | | 09/14/2015 | $6.49 | 739,864 |
| | 10/19/2015 | $6.50 | 742,083 | | 11/16/2015 | $6.38 | 744,194 |
| | 12/17/2015 | $6.38 | 746,152 | | 01/19/2016 | $6.39 | 748,237 |
| | 02/16/2016 | $6.37 | 750,282 | | 03/21/2016 | $6.39 | 752,262 |
| | 04/18/2016 | $6.38 | 754,340 | | 05/13/2016 | $6.38 | 756,345 |
| | 06/20/2016 | $6.38 | 758,250 | | 07/18/2016 | $6.39 | 760,330 |
| | 08/15/2016 | $6.37 | 762,224 | | 09/19/2016 | $6.38 | 764,212 |
| | 10/17/2016 | $6.39 | 766,174 | | 11/15/2016 | $6.75 | 768,110 |
| | 12/19/2016 | $6.36 | 770,048 | | | | |

**Chapter 13 Case # 14-13970**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CERASTES LLC | | | | | | |
| | 11/13/2014 | $317.91 | 719,113 | 11/13/2014 | $47.28 | 719,113 |
| | 12/15/2014 | $8.13 | 721,376 | 12/15/2014 | $54.73 | 721,376 |
| | 01/20/2015 | $8.20 | 723,466 | 01/20/2015 | $55.12 | 723,466 |
| | 02/17/2015 | $110.26 | 725,635 | 02/17/2015 | $16.39 | 725,635 |
| | 04/20/2015 | $55.13 | 729,626 | 04/20/2015 | $8.20 | 729,626 |
| | 05/18/2015 | $8.19 | 731,583 | 05/18/2015 | $55.13 | 731,583 |
| | 06/15/2015 | $55.13 | 733,694 | 06/15/2015 | $8.21 | 733,694 |
| | 07/20/2015 | $55.64 | 735,834 | 07/20/2015 | $8.27 | 735,834 |
| | 08/10/2015 | $8.28 | 738,016 | 08/10/2015 | $55.65 | 738,016 |
| | 09/14/2015 | $55.65 | 739,880 | 09/14/2015 | $8.27 | 739,880 |
| | 10/19/2015 | $55.65 | 742,102 | 10/19/2015 | $8.27 | 742,102 |
| | 11/16/2015 | $54.64 | 744,205 | 11/16/2015 | $8.14 | 744,205 |
| | 12/17/2015 | $54.69 | 746,163 | 12/17/2015 | $8.12 | 746,163 |
| | 01/19/2016 | $54.67 | 748,252 | 01/19/2016 | $8.13 | 748,252 |
| | 02/16/2016 | $54.66 | 750,292 | 02/16/2016 | $8.13 | 750,292 |
| | 03/21/2016 | $54.66 | 752,269 | 03/21/2016 | $8.13 | 752,269 |
| | 04/18/2016 | $8.13 | 754,352 | 04/18/2016 | $54.67 | 754,352 |
| | 05/13/2016 | $54.67 | 756,357 | 05/13/2016 | $8.12 | 756,357 |
| | 06/20/2016 | $54.66 | 758,261 | 06/20/2016 | $8.14 | 758,261 |
| | 07/18/2016 | $54.67 | 760,339 | 07/18/2016 | $8.12 | 760,339 |
| | 08/15/2016 | $54.67 | 762,238 | 08/15/2016 | $8.13 | 762,238 |
| | 09/19/2016 | $54.67 | 764,224 | 09/19/2016 | $8.13 | 764,224 |
| | 10/17/2016 | $54.66 | 766,183 | 10/17/2016 | $8.13 | 766,183 |
| | 11/15/2016 | $57.85 | 768,121 | 11/15/2016 | $8.60 | 768,121 |
| | 12/19/2016 | $54.43 | 770,057 | 12/19/2016 | $8.10 | 770,057 |
| FIRST NATL BANK OF OMAHA | | | | | | |
| | 11/13/2014 | $248.17 | 719,379 | 12/15/2014 | $42.72 | 721,650 |
| | 01/20/2015 | $43.03 | 723,756 | 02/17/2015 | $86.07 | 725,881 |
| | 04/20/2015 | $43.04 | 729,870 | 05/18/2015 | $43.03 | 731,839 |
| | 06/15/2015 | $43.03 | 733,950 | 07/20/2015 | $43.44 | 736,100 |
| | 08/10/2015 | $43.44 | 738,250 | 09/14/2015 | $43.45 | 740,145 |
| | 10/19/2015 | $43.44 | 742,341 | 11/16/2015 | $42.66 | 744,432 |
| | 12/17/2015 | $42.68 | 746,393 | 01/19/2016 | $42.68 | 748,482 |
| | 02/16/2016 | $42.67 | 750,512 | 03/21/2016 | $42.67 | 752,499 |
| | 04/18/2016 | $42.68 | 754,566 | 05/13/2016 | $42.67 | 756,562 |
| | 06/20/2016 | $42.67 | 758,493 | 07/18/2016 | $42.68 | 760,541 |
| | 08/15/2016 | $42.67 | 762,430 | 09/19/2016 | $42.67 | 764,428 |
| | 10/17/2016 | $42.67 | 766,370 | 11/15/2016 | $45.16 | 768,314 |
| | 12/19/2016 | $42.49 | 770,257 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/13/2014 | $368.40 | 720,097 | | 11/13/2014 | $794.75 | 720,097 |
| | 12/15/2014 | $136.82 | 722,299 | | 12/15/2014 | $63.42 | 722,299 |
| | 01/20/2015 | $137.79 | 724,451 | | 01/20/2015 | $63.87 | 724,451 |
| | 02/17/2015 | $127.77 | 726,509 | | 02/17/2015 | $275.64 | 726,509 |
| | 04/20/2015 | $63.88 | 730,440 | | 04/20/2015 | $137.82 | 730,440 |
| | 05/18/2015 | $63.88 | 732,477 | | 05/18/2015 | $137.82 | 732,477 |
| | 06/15/2015 | $63.88 | 734,558 | | 06/15/2015 | $137.81 | 734,558 |
| | 07/20/2015 | $64.49 | 736,760 | | 07/20/2015 | $139.12 | 736,760 |
| | 08/10/2015 | $64.49 | 738,771 | | 08/10/2015 | $139.12 | 738,771 |
| | 09/14/2015 | $64.48 | 740,788 | | 09/14/2015 | $139.12 | 740,788 |
| | 10/19/2015 | $64.48 | 742,966 | | 10/19/2015 | $139.11 | 742,966 |
| | 11/16/2015 | $63.37 | 745,002 | | 11/16/2015 | $136.69 | 745,002 |
| | 12/17/2015 | $63.32 | 746,988 | | 12/17/2015 | $136.63 | 746,988 |
| | 01/19/2016 | $63.35 | 749,059 | | 01/19/2016 | $136.66 | 749,059 |
| | 02/16/2016 | $63.35 | 751,057 | | 02/16/2016 | $136.66 | 751,057 |
| | 03/21/2016 | $63.35 | 753,059 | | 03/21/2016 | $136.66 | 753,059 |
| | 04/18/2016 | $63.34 | 755,100 | | 04/18/2016 | $136.66 | 755,100 |
| | 05/13/2016 | $63.35 | 757,049 | | 05/13/2016 | $136.66 | 757,049 |
| | 06/20/2016 | $63.35 | 759,044 | | 06/20/2016 | $136.66 | 759,044 |
| | 07/18/2016 | $63.35 | 761,034 | | 07/18/2016 | $136.66 | 761,034 |
| | 08/15/2016 | $63.33 | 762,913 | | 08/15/2016 | $136.66 | 762,913 |
| | 09/19/2016 | $136.66 | 764,930 | | 09/19/2016 | $63.35 | 764,930 |
| | 10/17/2016 | $63.34 | 766,847 | | 10/17/2016 | $136.65 | 766,847 |
| | 11/15/2016 | $67.03 | 768,778 | | 11/15/2016 | $144.62 | 768,778 |
| | 12/19/2016 | $63.12 | 770,717 | | 12/19/2016 | $136.06 | 770,717 |
| PRESSLER AND PRESSLER | | | | | | | |
| | 11/13/2014 | $9.39 | 720,106 | | 12/15/2014 | $6.23 | 722,310 |
| | 02/17/2015 | $6.93 | 726,519 | | 06/15/2015 | $6.93 | 734,569 |
| | 09/14/2015 | $6.99 | 740,799 | | 12/17/2015 | $6.92 | 747,000 |
| | 03/21/2016 | $6.87 | 753,070 | | 06/20/2016 | $6.87 | 759,053 |
| | 09/19/2016 | $6.87 | 764,941 | | 12/19/2016 | $7.00 | 770,726 |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 11/13/2014 | $339.85 | 720,698 | | 12/15/2014 | $58.50 | 722,865 |
| | 01/20/2015 | $58.92 | 725,052 | | 02/17/2015 | $117.87 | 727,037 |
| | 04/20/2015 | $58.93 | 731,010 | | 05/18/2015 | $58.93 | 733,085 |
| | 06/15/2015 | $58.93 | 735,141 | | 07/20/2015 | $59.49 | 737,391 |
| | 08/10/2015 | $59.49 | 739,250 | | 09/14/2015 | $59.48 | 741,405 |
| | 10/19/2015 | $59.49 | 743,534 | | 11/16/2015 | $58.45 | 745,518 |
| | 12/17/2015 | $58.42 | 747,552 | | 01/19/2016 | $58.44 | 749,616 |
| | 02/16/2016 | $58.44 | 751,581 | | 03/21/2016 | $58.43 | 753,654 |
| | 04/18/2016 | $58.45 | 755,681 | | 05/13/2016 | $58.43 | 757,571 |
| | 06/20/2016 | $58.44 | 759,649 | | 07/18/2016 | $58.43 | 761,572 |
| | 08/15/2016 | $58.44 | 763,475 | | 09/19/2016 | $58.44 | 765,499 |
| | 10/17/2016 | $58.43 | 767,350 | | 11/15/2016 | $61.84 | 769,327 |
| | 12/19/2016 | $58.18 | 771,285 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 907.57 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 10,708.40 | * | 2,610.24 | |
| 0003 | BERGEN ANESTHESIA GROUP, PC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BERGEN UROLOGICAL ASSOCIATES, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CERASTES LLC | UNSECURED | 6,950.64 | * | 1,694.27 | |
| 0009 | CAPITAL ONE/ COSTCO | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE/ KOHLS | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ALTAIR OH XIII LLC | UNSECURED | 9,755.46 | * | 2,377.95 | |
| 0020 | FIRST NATL BANK OF OMAHA | UNSECURED | 5,425.83 | * | 1,322.58 | |
| 0024 | CAVALRY SPV I, LLC | UNSECURED | 811.41 | * | 197.79 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,054.38 | * | 1,963.34 | |
| 0026 | GARDEN STATE ORTHOPAEDIC ASSOC., | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | HACKENSACK RADIOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PRESSLER AND PRESSLER | UNSECURED | 291.26 | * | 71.00 | |
| 0033 | NJ UROLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NELNET/DEPT. OF EDUCATIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,376.03 | * | 4,235.51 | |
| 0041 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | CVS CAREMARK | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NELNET/DEPT. OF EDUCATIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | NELNET/DEPT. OF EDUCATIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | US DEPARTMENT OF EDUCATION | UNSECURED | 7,430.15 | * | 1,811.14 | |
| 0046 | CERASTES LLC | UNSECURED | 1,033.55 | * | 251.94 | |
| 0047 | LINDSAY HUTH | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | CAPITAL ONE NA | UNSECURED | 815.51 | * | 198.79 | |

**Total Paid: $17,642.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $18,717.42    -    Paid to Claims: $16,734.55    -    Admin Costs Paid: $907.57    =    Funds on Hand: $1,075.30

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER     VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.